IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SPECTOR GADON ROSEN VINCI, P.C.    :
                                   :   CIVIL ACTION
         v.                        :
                                   :   NO. 22-905
LOUIE AQUILINO & ROBIN AQUILINO    :

## ORDER

AND NOW, this 5th day of August, 2022, upon consideration of Defendants' Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a) (Document No. 8), Plaintiff's Response in Opposition and Defendants' Reply in further support, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.