# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPECTOR GADON ROSEN VINCI P.C, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIE AQUILINO, *et al*. | : | |
| | : | No. 22-00905 |
| Defendants. | : | |

## Order

**AND NOW**, this 12th day of August, 2024, upon consideration of Defendants Louie and Robin Aquilino's request for a stay of the instant proceedings pending the resolution of the related appellate matter (Doc. No. 41), and Plaintiff Spector Gadon Rosen Vinci P.C.'s response in opposition to the request (Doc. No. 42), it is **HEREBY ORDERED** that all proceedings in this matter are **STAYED** until the U.S. Court of Appeals for the Third Circuit issues a decision adjudicating Defendants' appeal from the Order of the U.S. District Court for the District of New Jersey in Case No. 1:23-cv-01099.

It is **FURTHER ORDERED** that the Parties shall notify this Court in writing within thirty (30) days of the decision of the Third Circuit Court of Appeals.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge